950 A.2d 904

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. EUGENE R. WILSON, DEFENDANT–PETITIONER.

May 16, 2008.

Denied.

950 A.2d 904

JOHN STOHL AND MARY STOHL, HIS WIFE, PLAINTIFFS–RESPONDENTS, v. ALFRED F. ZGLOBICKI ET AL., DEFENDANTS–PETITIONERS.

May 16, 2008.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court to review the post-trial surveillance tapes of plaintiff and in light thereof, to reconsider defendant's motion to vacate the judgment pursuant to *Rule* 4:50–1(b) and (c).

950 A.2d 904

MARY E. WHITE, PLAINTIFF–PETITIONER, v. ELIZABETH A. WHITE, DEFENDANT–RESPONDENT.

May 30, 2008.

Denied.